

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-12-00268-CR |
| State, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| ARMANDO PRIETO, JR., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120D01012) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **July 4, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. M. Clara Hernandez, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **July 4, 2013.**

IT IS SO ORDERED this 5th day of June, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.